UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 4:11-cr-00008-SEB-MGN-1 |
| TYLER THEVENOT, | ) ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Magistrate Judge's Report and Recommendation dated August 8, 2014, recommending that Tyler Thevenot's supervised release be revoked, the Court now approves and adopts the Report and Recommendation as the entry of the Court. Accordingly, Defendant's supervised release is REVOKED and a sentence is imposed of six (6) months in the custody of the Attorney General or his designee, followed by 30 months of supervised release, to include up to six (6) months at a Residential Reentry Center.

IT IS SO ORDERED.  08/12/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William H. Dazey, Jr.
bill.dazey@fd.org

Larry D. Simon
ssimpson@bluegrass.net

Matthew Rinka
matthew.rinka@usdoj.gov