UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | 4:11-cr-8-SEB-MGN-1 |
| TYLER THEVENOT, | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated June 4, 2015, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED.   The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of twelve (12) months with no term of supervised release to follow. The Court further recommends the defendant be designated to a facility close to his home in Indiana.

So ORDERED.

06/09/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel via CM/ECF

U.S. Marshal

U.S. Probation